No. 03–1340. WHEELER *v.* MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, AKA MISSOURI DEPARTMENT OF TRANS-

PORTATION.  C. A. 8th Cir.  Certiorari denied.